


**RECEIVED**
IN LAKE CHARLES, LA

SEP 2 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-CR-00046-01 |
|---|---|---|
| VERSUS | * | JUDGE MINALDI |
| MAURICE ANTUAN SPEIGHT | * | MAGISTRATE JUDGE KAY |

JURY VERDICT FORM

How do you find the defendant, Maurice Antuan Speight, on Count 1 (Sexual Abuse) ?

_____ Not Guilty

\_\_\_X MJA\_\_\_\_ Guilty

SO SAY WE ALL.

_____
JURY FOREPERSON                       Date 20 Sept 2016

9