UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.   15-00046-01** |
| **VERSUS** | **JUDGE WALTER** |
| **MAURICE SPEIGHTS** | **MAGISTRATE JUDGE KAY** |

## NOTICE OF APPEAL

NOTICE is hereby given that Maurice Speights, the defendant-appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the final judgment entered in these proceedings on January 18, 2017.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   **S/ CRISTIE GAUTREAUX GIBBENS**
Louisiana Bar No. 24102
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana  70501
(337)262-6336 (Phone)     (337)262-6605 (Fax)

COUNSEL FOR MAURICE ANTUAN SPEIGHTS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF) or email.

Lafayette, Louisiana, January 23, 2017.

S/ CRISTIE GAUTREAUX GIBBENS